264

## 28588. GRESHAM v. THE STATE.

MacINTYRE, J.  Will Gresham was convicted of possessing liquor in violation of the revenue tax act to legalize and control alcoholic beverages and liquors.  The evidence amply authorized the verdict, the exceptions to the charge to the jury are not meritorious, and the judge did not err in overruling the motion for new trial.

*Judgment affirmed.  Broyles, C. J., and Gardner, J., concur.*

DECIDED JANUARY 20, 1941.

*Hugh E. Combs,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.

## 28623.  KING v. THE STATE.

DECIDED JANUARY 20, 1941.

*Hugh E. Combs,* for plaintiff in error.
*J. Cecil Davis, solicitor-general,* contra.